THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant,
*v.* THE CITY OF NEW YORK et al., Respondents.

(Submitted April 26, 1929; decided May 28, 1929.)

*Trabue Carswell* and *George D. Yeomans* for appellant.
*Arthur J. W. Hilly, Corporation Counsel (Joseph P. Reilly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.